NO. 07-12-0197-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 14, 2012
_____

In the Estate of STEWART ELDON FETTIG, Deceased
_____

FROM THE COUNTY COURT AT LAW NO. ONE OF BELL COUNTY;

NO. 28,507; HON. EDWARD S. JOHNSON, PRESIDING
_____

### *Order of Dismissal*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellants Daron J. Fettig and Deanna Marie Fettig Lancaster filed a notice of appeal on March 7, 2012, but failed to pay the $175 filing fee required under Texas Rule of Appellate Procedure 5. We informed counsel for appellants, by letter dated May 31, 2012, that the filing fee was outstanding and that the appeal would be dismissed unless it was paid by June 11, 2012. TEX. R. APP. P. 42.3(c); *see Holt v. F.F. Enterprises*, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref'd). The fee has not paid to date. Nor does the record show them to be indigents or having requested leave to proceed as indigents.

Because appellants have failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam